**Order entered April 9, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00143-CV

**THEODORE SIMMONS, Appellant**

**V.**

**MIDLAND FUNDING, LLC, Appellee**

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-01681-C**

**ORDER**

Before the Court is appellant's April 7, 2020 motion to compel court reporter LaToya Young-Martinez to file the record of the September 19, 2019 bench trial. Appellant notes this Court's March 3, 2020 order directed Ms. Young-Martinez to file the record no later than April 2, 2020, and she failed to do so.

We **GRANT** the motion and **ORDER** Ms. Young-Martinez to file the record no later than April 23, 2020. Because the record was first due February 25, 2020, we caution that extension requests will be disfavored.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Young-Martinez and the parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE